PROB 19
(Rev. 5/92)

839079
0883-0919-4820-D

# UNITED STATES DISTRICT COURT

for

NORFOLK DIVISION

**ORIGINAL**

U.S.A. vs   TRACEY C. THARP          Docket No.   2:04CR34-002

TO:[1]   ANY UNITED STATES MARSHALL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>TRACEY C. THARP ||| SEX<br>FEMALE | RACE<br>BLACK | AGE<br>39 |
| ADDRESS (STREET, CITY, STATE)<br>Norfolk, Virginia 23456 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court, Eastern District of Virginia ||| DATE IMPOSED<br>August 19, 2004 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Eastern District of Virginia, 600 Granby Street, Norfolk, VA |||||
| CLERK<br>Fernando Galindo, Clerk | (BY) DEPUTY CLERK<br>*Marian Newton* || DATE<br>September 16, 2008 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED<br>10/10/08 ||
| EXECUTIVE AGENCY (NAME AND ADDRESS) | US Marshals Service, 600 Granby Street, Norfolk ||||
| NAME<br>Sherri Annan | (BY) | | OCT  2008<br>10/10/08 |
| | | | CLERK, US DISTRICT COURT<br>NORFOLK, VA |

[1] Insert designation of officer to whom the warrant is issued; e.g., "any United States Marshal or any other authorized officer," or "United States Marshal _____ District of _____ ;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."